**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Walter L. Boyaki, Ruben P. Hernandez, Miranda & Boyaki v. John M.
                         O'Quinn & Associates, PLLC d/b/a The O'Quinn Law Firm, and
                         Musslewhite & Associates, P.C.

Appellate case number:   01-12-00984-CV

Trial court case number: 0875827

Trial court:             190th District Court of Harris County

Appellants, Walter L. Boyaki, Ruben P. Hernandez, Miranda & Boyaki, have filed a motion for temporary orders, pursuant to Texas Rule of Appellate Procedure 24.4(c). *See* TEX. R. APP. P. 24.4(c). Appellees, John M. O'Quinn & Associates, PLLC d/b/a The O'Quinn Law Firm, and Musslewhite & Associates, P.C., have filed a response in opposition. Appellants have filed a reply.

After consideration, it is ordered that the motion is **denied**.

It is so ORDERED.

Judge's signature:/s/ Sherry Radack_____
              ☑ Acting individually     ☐ Acting for the Court

Date: February 12, 2013_____